# UNITED STATES DISTRICT COURT,
# DISTRICT OF NEVADA

| | |
|---|---|
| CONCEPCION COLON-FELICIANO, | Case Number: 2:16-cv-02370 |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Complaint filed: August 3, 2016 |
| WAL-MART STORES, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive, | ECF No. 21 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Concepcion Colon-Feliciano hereby dismisses with prejudice her Complaint filed on August 3, 2016 against Defendant Wal-Mart Stores, Inc.; Does I through X; and Roe Business Entities I through X. All parties jointly stipulate to the dismissal of this action, thereby concluding this matter in its entirety.

SO STIPULATED, this the 7th day of June, 2017.

Respectfully submitted

**THE RUIZ LAW FIRM**

By: _____
Lawrence Ruiz (SBN 11451)
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89104

Attorney for Plaintiff, Concepcion Colon-Feliciano.

**LAW OFFICES OF CHARLES ABBOTT, PC**

By: _____
Charles Abbott (SBN 13811)
2150 Park Place, Suite 100
El Segundo, CA 90245

Attorney for Defendant, Wal-Mart Stores, Inc.

### ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
July 10, 2017